NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3015

KEVIN F. CORADESCHI,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in NY0752040163-A-1.

ON MOTION

## O R D E R

Upon consideration of the Department of Homeland Security's motion for a 21-day extension of time, until May 28, 2009, to file its response to Kevin F. Coradeschi's attorney fee request,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY - 7 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk



cc:   Thomas G. Roth, Esq.
      Hilary A. Stern, Esq.
s8

MAY -7 2009

JAN HORBALY
CLERK